1

2

3

4

5

6

7             IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9   EARL W. HAMILTON,

10            Petitioner,                    No. CIV S-02-0340 DFL DAD P

11        vs.

12   EDWARD ALAMEIDA, et. al.,

13            Respondents.                   ORDER

14   _____/

15            Petitioner is a state prisoner proceeding pro se with an application for a writ of

16   habeas corpus.  In findings and recommendation filed on July 5, 2005, the undersigned has

17   recommended that petitioner's application be denied.  In response, petitioner has submitted a

18   second request for appointment of counsel.  The court does not find that the interests of justice

19   require appointment of counsel at this stage of the case.[1]  See 18 U.S.C. § 3006A (authorizing

20   appointment of counsel at any stage of the case "if the interests of justice so require"); Rule 8(c),

21   Fed. R. Governing § 2254 Cases.  Petitioner's renewed request for appointment of counsel will

22   therefore be denied.

23   /////

24   _____

25        [1]  Petitioner asserts that he cannot litigate his claims because he is blind.  The disability
     verification form attached to the request appears to indicate that petitioner's visual impairment is
     correctable with corrective lenses and that the disability does not impact petitioner's placement.  In
26   any event, petitioner's habeas petition has been fully briefed and has been considered on its merits.

1   Petitioner has also requested a thirty-day extension of time to file his objections to

2   the findings and recommendations.  Good cause appearing, this request will be granted.

3   Accordingly, IT IS HEREBY ORDERED that:

4   1.  Petitioner's July 21, 2005 renewed motion for appointment of counsel is

5   denied;

6   2.  Petitioner's July 21, 2005 motion for extension of time to file objections is

7   granted; and

8   3.  Petitioner is granted thirty days from the date of this order in which to file and

9   serve any objections to the findings and recommendations filed July 5, 2005.

10  DATED: July 28, 2005.

11

12  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

13  DAD:13:bb
    hami0340.110s+111

14

15

16

17

18

19

20

21

22

23

24

25

26