IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL W. HAMILTON,

    Petitioner,               No. CIV S-02-0340 DFL DAD P

   vs.

EDWARD ALAMEIDA, et. al.,

    Respondents.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 5, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On July 29, 2005, the magistrate judge granted petitioner's request for a thirty day extension of time to file objections. Pursuant to the extension of time, petitioner has filed timely objections to the findings and recommendations.

        The court notes that in his objections to the findings and recommendations, petitioner "move[s] for an order reserving his rights to appeal the adopted 'findings and

1

recommendations' by the District Court Judge" because the Petitioner is blind and "not capable of exercising his own right to due process." If Petitioner intends to appeal this decision, he is advised that he must file a notice of appeal within 30 after this order is entered. <u>See</u> Fed.R.App.P. 4(a)(1)(A). If he cannot meet this requirement, petitioner is further advised that he must file a motion for extension of time within 30 days after the time to file a notice of appeal expires. <u>See</u> Fed.R.App.P. 4(a)(5). Any extension of time will be limited to the later of: (1) 30 days after the prescribed time to file a notice of appeal expired; or (2) 10 days after the order granting the motion for extension of time is entered.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 5, 2005, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is denied and this action is dismissed.

DATED: 9/23/2005

_____
DAVID F. LEVI
United States District Judge