IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL W. HAMILTON,

    Petitioner,                    No. CIV S-02-0340 DFL DAD P

    vs.

EDWARD ALAMEIDA, et al.,

    Respondents.              ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus attacking a Board of Prison Terms' decision to deny parole. The petition was denied and judgment was entered on September 26, 2005. On October 24, 2005, petitioner requested a 30-day extension of time to file a notice of appeal. On November 10, 2005, petitioner filed a notice of appeal, a partial payment of the fee for filing an appeal, and a motion requesting appointment of counsel.

        The district court may extend the time to file a notice of appeal if two conditions are met: (1) a party moves for such an extension no later than 30 days after expiration of the time prescribed for filing an appeal; and (2) the party shows excusable neglect or good cause. Fed. R. App. P. 4(a)(5). No extension of time may exceed 30 days after the prescribed time for filing an appeal or 10 days after the date on which the order granting the motion is entered, whichever is

later. Fed. R. App. P. 4(a)(5)(C). In the present case, the court finds good cause to grant petitioner's motion for a 30-day extension of time. The notice of appeal filed on November 10, 2005, will be deemed timely.

Petitioner does not seek a certificate of appealability. See <u>Rosas v. Nielsen</u>, ___ F.3d ___, No. 04-16039, 2005 WL 2898068, at *2 (9th Cir. Nov. 4, 2005) (per curiam) (holding that a certificate of appealability is not required when a state prisoner challenges a Board of Prison Terms' administrative decision to deny a request for parole); <u>White v. Lambert</u>, 270 F.3d 1002, 1010 (9th Cir. 2004), <u>cert. denied</u>, ___ U.S. ___, 125 S. Ct. 503 (2005) (holding that a certificate of appealability is not required when a state prisoner challenges a state Department of Corrections' administrative decision to transfer the prisoner to a privately run prison in another state). The clerk of the court will be directed to process the appeal.

After petitioner's appeal has been processed, petitioner will be notified of his appellate case number. Petitioner's motion for appointment of counsel will be denied without prejudice to the filing of a new motion in the United States Court of Appeals.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's October 24, 2005 motion requesting an extension of time to file a notice of appeal is granted;

2. Petitioner's notice of appeal filed November 10, 2005, is deemed timely;

3. Petitioner's November 10, 2005 motion requesting appointment of counsel is denied without prejudice; and

4. The Clerk of the Court is directed to process petitioner's appeal.

DATED: November 17, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
hami030.111

2